IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHNJUAN WHITE, as Administrator of the ESTATE OF JIMMY KING, Deceased,<br>          Plaintiff<br><br>v.<br><br>DAUPHIN COUNTY, *et al.*,<br>          Defendants | NO.: 1:22-cv-01241-CCC<br><br>CIVIL ACTION – LAW<br><br>JUDGE CHRISTOPHER C. CONNER<br><br>*Electronically Filed*<br><br>JURY TRIAL DEMANDED |

## **AFFIDAVIT OF NON-INVOLVEMENT**

I, **Carl A. Hoffman Jr., DO**, hereby state under penalties of perjury the following is true and correct to the best of my information, knowledge and belief:

1. I was the owner of PrimeCare Medical, Inc. and held the position of Corporate Medical Director through January 28, 2019.

2. On January 29, 2019, I retired and sold my ownership interest in PrimeCare Medical, Inc.

3. I am aware that the Plaintiff in the above-captioned matter has brought a claim against me arising from the medical care provided to Jimmy King at the Dauphin County Prison.

4. I did not provide any direct patient care or have any personal knowledge of or involvement with the care provided to Jimmy King during August 2020 at the Dauphin County Prison.

5.   I had no supervisory role with PrimeCare Medical, Inc. after I sold my interest in the company.

6.   I did not have any role in policy creation, revision, or supervision after I sold my interest in PrimeCare Medical, Inc.

_____
Carl A. Hoffman Jr., DO

Dated: 3·28·23

LEGAL/152185250.v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of March, 2023, the foregoing *Affidavit of Non-Involvement* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Alan E. Denenberg, Esquire<br>Abramson & Denenberg, P.C.<br>1315 Walnut Street, Suite 500<br>Philadelphia, PA 19107<br>adenenberg@adlawfirm.com<br>*Attorneys for Plaintiff* | Leticia C. Chavez-Freed, Esquire<br>The Chavez-Freed Law Office<br>2600 N. 3rd Street, 2nd Floor<br>Harrisburg, PA 17110<br>leticia@chavez-freedlaw.com<br>*Attorney for Plaintiff* |
| Frank J. Lavery, Jr., Esquire<br>Andrew W. Norfleet, Esquire<br>Lavery Law<br>225 Market Street, Suite 304<br>P.O. Box 1245<br>Harrisburg, PA 17108-1245<br>flavery@laverylaw.com<br>anorfleet@laverylaw.com<br>*Attorney for Defendants Dauphin County and Warden Gregory Briggs* | Donald L. Carmelite, Esquire<br>Yael L. N. Dadoun, Esquire<br>Marshall Dennehey Warner Coleman & Goggin<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011<br>dlcarmelite@mdwcg.com<br>yldadoun@mdwcg.com<br>*Attorneys for Defendants, Prison Staff Michael McClurg, Jr., Jairo Ventura, and Christopher Pacheco* |

        MARSHALL, DENNEHEY, WARNER
        COLEMAN & GOGGIN

        By:   /s/*John R. Ninosky*
              John R. Ninosky